IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 25-CR-20346-MSN |
| v. | ) |
| | ) |
| WILLIAM OLIVER, | ) |
| | ) |
|     Defendant. | ) |

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on May 14, 2026. At the hearing, Defendant entered a plea of guilty to Count One of the Indictment. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact.

Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement, and imposition of sentence are specifically

1

reserved for the District Judge.

It is therefore recommended that the Court: (1) grant Defendant's request to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's guilty plea to Count One; (3) adjudicate Defendant guilty of 18 U.S.C. § 922(g)(1) as charged in Count One; and (4) order that Defendant remain on his current conditions of bond pending sentencing or further order of this Court.

The Defendant's sentencing hearing is scheduled before United States District Judge Mark S. Norris on **August 19, 2026, at 2:00 p.m.**

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

May 14, 2026
Date

## NOTICE

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL**