**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                      Case No. 2:25-cr-20346-MSN

WILLIAM OLIVER,

      Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Pursuant to 28 U.S.C. § 636(b), Chief Magistrate Judge Pham conducted a plea hearing in this matter on May 14, 2026.  After the hearing, Chief Magistrate Judge Pham filed a Report and Recommendation (ECF No. 43, "Report"), finding that that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact.  (*Id.* at PageID 63.)  The Report therefore recommended that the Court (1) grant Defendant's request to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's guilty plea to Count One; (3) adjudicate Defendant guilty of violating 18 U.S.C. § 922(g)(1) as charged in Count One; and (4) order that Defendant remain on his current conditions of bond pending sentencing or further order of this Court.  (*Id.* at PageID 64.)

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so

may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal.  Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 43) and **ORDERS** as follows:

(1)   Defendant's request to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)   Defendant's guilty plea to Count One of the Indictment is **ACCEPTED**;

(3)   Defendant is hereby **ADJUDGED** guilty of violating 18 U.S.C. § 922(g)(1) as charged in Count One of the Indictment; and

(4)   Defendant **SHALL REMAIN** on his current conditions of bond pending sentencing or further order of this Court.

**IT IS SO ORDERED**, this 29th day of May, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE